The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. David Brandon Cannady
   v. Commonwealth of Virginia
   Record No. 0810-21-3
   Opinion rendered by Judge Callins on
   November 9, 2022

2. William Adam Boyd
   v. Constance Weisberg
   Record No. 0029-22-1
   Opinion rendered by Judge Athey on
   November 15, 2022

3. Peter Timothy Gionis
   v. Commonwealth of Virginia
   Record No. 1197-21-3
   Opinion rendered by Judge Beales on
   November 22, 2022

4. Patrick Edward Cornell
   v. Commonwealth of Virginia
   Record No. 1381-21-2
   Opinion rendered by Judge O'Brien on
   November 22, 2022

5. Michael Charles Hogle
   v. Commonwealth of Virginia
   Record No. 0027-22-3
   Opinion rendered by Senior Judge Petty on
   November 22, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:


1.  William Joseph Morgan
      v. Commonwealth of Virginia
     Record No. 1139-20-1
     Opinion rendered by Judge Huff on
       October 5, 2021
     Judgment of Court of Appeals reversed and final judgment entered dismissing
     conviction by opinion rendered on December 29, 2022 (211033)


2.  Virginia Manufacturers Association, et al.
      v. Ralph S. Northam, etc, et al.
     Record No. 0316-21-2
     Opinion rendered by Judge O'Brien
       on December 7, 2021
     Refused (220077)


3.  Jovan Anthony Ali
      v. Commonwealth of Virginia
     Record No. 0434-21-4
     Opinion rendered by Chief Judge Decker
       on May 13, 2022
     Refused (220393)


4.  Clifton Thomas Jacks
      v. Commonwealth of Virginia
     Record No. 0833-20-3
     En Banc Opinion rendered by Judge Huff
       on May 17, 2022
     Refused (220354)


5.  Jessie Lee Green
      v. Commonwealth of Virginia
     Record No. 0759-21-1
     Opinion rendered by Judge Beales
       on June 14, 2022
     Petition for appeal withdrawn (220458)


6.  William O. Flannagan, Jr.
      v. Commonwealth of Virginia
     Record No. 093-21-2
     Opinion rendered by Judge AtLee
       on August 16, 2022
     Dismissed pursuant to Rule 5:14(a) (220582)